UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: FJELDE, KARL A. | § | Case No. 09-07987 |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/09/2010 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/03/2010          By: /s/ Michael G. Berland
                                                        Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: FJELDE, KARL A.                          § Case No. 09-07987
                                                §
                                                §
Debtor(s)                                       §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,005.05 |
| *and approved disbursements of* | $ 606.00 |
| *leaving a balance on hand of* [1] | $ 9,399.05 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | MICHAEL G. BERLAND | $ 1,750.45 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,982.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 17,965.12 | $ 3,818.45 |
| 2 | Chase Bank USA, N.A. | $ 10,267.95 | $ 2,182.43 |
| 3 | Chase Bank USA, N.A. | $ 682.79 | $ 145.13 |
| 4 | Chase Bank USA, N.A. | $ 7,066.83 | $ 1,502.04 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*
                          N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*
                          N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/MICHAEL G. BERLAND
                    Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ahamilton              Page 1 of 1                  Date Rcvd: Jun 04, 2010
Case: 09-07987                Form ID: pdf006              Total Noticed: 17

The following entities were noticed by first class mail on Jun 06, 2010.
db           +Karl A. Fjelde,   P.O. Box 285,   Gardner, IL 60424-0285
aty          +John A Reed,   John A Reed Ltd,   63 W Jefferson St   #200,   Joliet, IL 60432-4335
tr           +Michael G Berland,   1 N LaSalle St, No.1775,   Chicago, IL 60602-4065
13624909      AT&T,   PO Box 8100,   Aurora, IL 60507-8100
13624910     +Baker & Miller, P.C.,   29 N Wacker Drive, 5th Floor,   Chicago, IL 60606-2851
13624911     +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
14424122      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13624912     +Client Services Inc.,   3451 Harry Truman Blvd,   Saint Charles, MO 63301-9816
13624913      Directv,   PO Box 6550,   Greenwood Village, CO 80155-6550
13624915     +Frederick J Hanna & Assoc, P.C.,   1427 Roswell Road,   Marietta, GA 30062-3668
13624916     +GC Services Limited,   6330 Gulfton,   Houston, TX 77081-1198
13624917     +National Enterprise Systems,   29125 Solon Road,   Solon, OH 44139-3442
13624918     +Patricia Kelly,   27753 E 2700 N Road,   Dwight, IL 60420-8105
13624919     +Standard Bank,   2400 W 95th St,   Evergreen Park, IL 60805-2829
13624920     +The CBE Group Inc.,   131 Tower Park Drive # 100,   Waterloo, IA 50701-9588

The following entities were noticed by electronic transmission on Jun 04, 2010.
14327640      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 05 2010 00:05:57      DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio   43054-3025
13624914      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 05 2010 00:05:57      Discover Card Services,
               P.O. Box 15192,   Wilmington, DE 19850
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2010**          **Signature:** _Joseph Speetjens_